UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONESHA HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFAIR LLC,<br><br>　　　　　Defendant. | Case No. 19-cv-06530-VC<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE AND DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 14 |

The stipulation to continue the case management conference to December 18, 2019 is granted. A joint case management statement is due December 11, 2019.

If the parties have a dispute relating to discovery, they should file a joint letter as soon as possible in accordance with this Court's standing order. *See* Standing Order for Civil Cases before Judge Vince Chhabria ¶ 22.

**IT IS SO ORDERED.**

Dated: November 1, 2019

_____
VINCE CHHABRIA
United States District Judge