UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONESHA HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYFAIR LLC,<br><br>    Defendant. | Case No. 19-cv-06530-VC<br><br>**ORDER GRANTING MOTION TO REMAND AND DENYING AS MOOT MOTION FOR JUDGEMENT ON THE PLEADINGS**<br><br>Re: Dkt. Nos. 18, 20 |

The motion to remand is granted for the reasons stated on the record in the hearing. The motion for judgment on the pleadings is denied as moot. The case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: January 2, 2020

VINCE CHHABRIA
United States District Judge